UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Marcus Rollins

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart
Johnthan Taylor

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

17c 4264
Judge John J. Tharp, Jr
Magistrate Judge Sheila M. Finnegan
PC2

Case No: _____
(To be supplied by the Clerk of this Court)

**FILED**
8/7/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
JUN 0 5 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CHECK ONE ONLY:      **AMENDED COMPLAINT**

  X     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I.  **Plaintiff(s):**

   A. Name: X Marcus Rollins

   B. List all aliases: N/A

   C. Prisoner identification number: X R20186

   D. Place of present confinement: X Cook County dept of corrections

   E. Address: X 2600 S California PO Box 089000 Chicago IL, 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas Dart
      Title: Sheriff
      Place of Employment: Cook county Jail

   B. Defendant: Johnthan Taylor
      Title: Sheriff
      Place of Employment: Cook County Jail

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _NO_

B. Approximate date of filing lawsuit: _NO_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _NO_

D. List all defendants: _NO_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NO_

F. Name of judge to whom case was assigned: _NO_

G. Basic claim made: _NO_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _NO_

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 3/5/17 I was in Div 11 DJ - the officer open my door to let my roommate out to go on his visit he also let plaintiff out to help with the food to pass out to other inmates who was on his living unit. Then out of nowhere plaintiff was beaten by 8 inmates for what reason he do not know they had weapons that was used to beat plaintiff all in the face and head while the officer sat back and watch these inmate plaintiff until his eyes was closed and black and blue this attack went on for 8 or 9 minutes without any help from the officer, even when the officer seen inmates with weapons he still did'nt do anything to help plaintiff. Plaintiff loss conscience from the beating plaintiff had to be taking too mt snai outside hopital to be treated for injury then 2 day later had too be sent too stoger for injury again, this situation is a ongoing thing in cook county jail being beat without any help from the officers that work here in this county jail. Officer J. Taylor was working that day when he fail to protect plaintiff by letting this attack go on as long as he did officer

4                                                                                     Reviewed: 8/2013

JTaylor violated plaintiff rights by failing to protect plaintiff also do his job. Since this beating, plaintiff been having real bad headache and blurry vision from being beat in the face with a weapon. this is a violation of plaintiff constitutional rights 4th, 8th, 9th amendment rights by officer JTaylor who didn't do his job since this beating plaintiff have been having nightmares severe headache back pains and blurry vision he was ot conscience for several minutes until he woke up and it could been avoided if staff would have intervened and protected the plaintiff it also on video that the plaintiff had a alteration within a hour of the incedent and the officer shouldn't have allowed them too be out when they was not suppose too be out together because they was on half and half so the officer could have avoided the incedent.

Reviewed: 8/2013

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages In the amount of 500,000 Dollar from each Defendant 500,000 Dollar In Punitive Damages from each Defendant and nominal Damages as this court Deems Just and Proper Against each Defendant Jointly Severally

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __16__, 20__17__

_Marcus Rollins_
(Signature of plaintiff or plaintiffs)

_Marcus Rollins_
(Print name)

_20151210096_
(I.D. Number)

_PO Box 089002_
_Chicago IL, 60608_
(Address)

Reviewed: 8/2013