IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS ROLLINS | ) | |
| | ) | |
| Plaintiff, | ) | No. 17 C 4264 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHNTHAN TAYLOR | ) | Hon. John Tharp |
| | ) | |
| Defendant. | ) | |

**JOINT INITIAL STATUS REPORT**

Plaintiff, Marcus Rollins, pro se, and Defendant Johnthan Taylor, by and through his attorneys, as and for their Joint Initial Status Report, state as follows:

1. **Nature of the Case:**

   A. Plaintiff's Attorney: Pro Se
   R20186
   Western – WST
   2500 Route 99 South
   Mt. Sterling, IL 62353

   Defendants' Attorneys: Anthony E. Zecchin and Kathleen A. Murphy (lead), Cook County State's Attorney's Office, Richard J. Daley Center, 50 W. Washington, Room 500, Chicago, IL 60602.

   B. **Nature of the Claims:** Plaintiff asserts that Defendant violated his constitutional rights when Defendant failed to protect Plaintiff during an inmate altercation on March 5, 2017. Plaintiff alleges that Defendant watched the altercation but did not intervene. Plaintiff further alleges that as a result of this altercation, he lost consciousness for several minutes, and has been suffering from nightmares, severe headaches, back pain, and blurry vision.

   C. **Major Legal and Factual Issues:** Plaintiff asserts that Defendant violated his constitutional rights when Defendant failed to protect Plaintiff during an inmate altercation on March 5, 2017. The major factual issues include whether Defendant was aware of a substantial risk of harm to plaintiff before the altercation, who was involved in the altercation and how long the altercation lasted, how Defendant responded to altercation, and Plaintiff's alleged injuries.

      D.     **Relief Sought by the Parties:** Plaintiff seeks monetary relief, including compensatory damages, punitive damages, and nominal damages.

2. **Jurisdiction:**

      A.     Federal jurisdiction is based on the federal question of whether Defendant violated Plaintiff's federal constitutional rights.

      B.     No pending claims are based upon diversity jurisdiction; and, no pending claims are based upon supplemental jurisdiction.

3. **Status of Service:**

Defendant Johnthan Taylor filed a waiver of service on September 19, 2017. Defendant Thomas Dart was terminated from this case on August 7, 2017.

4. **Consent to Proceed Before a United States Magistrate Judge:**

Defendant consents to proceeding before a United States Magistrate Judge. On November 28, 2017, after an explanation by Defense counsel, Plaintiff stated at this time he does not consent to proceeding before a magistrate judge, but would like to discuss with the court the purpose of proceeding before a magistrate judge to decide if he consents.

5. **Motions:**

      A.     There are currently no pending motions.

      B.     Defendants responded to the complaint by filing an answer on November 20, 2017.

6. **Status of Settlement Discussions**:

      A.     Parties engaged in brief settlement discussions on November 28, 2017.

      B.     Settlement discussions are currently ongoing.

      C.     The parties do not request a settlement conference at this time, but wish to reserve their right to request one, if necessary, depending on the status of the settlement negotiations.

Respectfully Submitted,

Plaintiff by Marcus Rollins, Pro Se        Defendant by Attorney Kathleen A. Murphy

BY:   *s/Marcus Rollins*              BY:   *s/Kathleen A. Murphy*
      Marcus Rollins                     Kathleen A. Murphy
      Pro Se                              Attorney for Defendants
      Western- WST                   Cook County State's Attorney's Office
      2500 Route 99 South            Richard J. Daley Center
      Mt. Sterling, IL 62353           50 W. Washington Street, Room 500
                                                Chicago, IL 60602
                                                (312) 603-5439